IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **FORTUNE MCCANTS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 08-0040-CG-B |
| | ) |
| **UNITED STATES OF AMERICA, <u>et</u> <u>al</u>.,** | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This matter is before the court on the parties' Joint Stipulation to Dismiss Defendant Interocean American Shipping Corp. (Doc. 15)  Upon due consideration, the motion is hereby **GRANTED**.  Therefore, the plaintiff's claims against defendant, Interocean American Shipping Corp. are hereby **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(a) of the F.R.Cv.P.  Each party shall bear his or its own costs.

**DONE and ORDERED** this 19th day of June, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE