**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **FORTUNE MCCANTS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | )   **CIVIL ACTION NO. 08-0040-CG-B** |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Defendant.** | ) |

**ORDER**

Upon consideration of the parties' report of settlement (Doc. 18), and for good cause shown,

this matter is hereby **DISMISSED WITH PREJUDICE**.  Each party shall bear its own costs.

**DONE and ORDERED** this 21st day of October, 2008.


/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE

'